**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Berlain GALVEZ–LOPEZ,
Defendant–Appellant.**

**No. 12–10260.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 10, 2013.*

Filed June 17, 2013.

Christina Marie Cabanillas, Assistant U.S., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Jill Elayne Thorpe, Tucson, AZ, for Defendant–Appellant.

Berlain Galvez–Lopez, Folkston, GA, pro se.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: HAWKINS, McKEOWN, and BERZON, Circuit Judges.

MEMORANDUM **

Berlain Galvez–Lopez appeals from the district court's judgment and challenges his jury-trial conviction and 60–month sentence for three counts of bringing in an illegal alien for profit, in violation of 8 U.S.C. § 1324(a)(2)(B)(ii). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Galvez–Lopez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Galvez–Lopez has filed a pro se supplemental brief. No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.